# INITIAL CONFERENCE QUESTIONNAIRE

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made:  April 17, 2018

2. If additional interrogatories beyond the 25 permitted under the federal rules are needed, the maximum number of:  plaintiff(s)  NA  and defendant(s)  NA

3. Number of depositions by plaintiff(s) of: parties  1  non-parties  1

4. Number of depositions by defendant(s) of:  parties  1  non-parties  1

5. Date for completion of factual discovery:  December 10, 2018

6. Number of expert witnesses of plaintiff(s):  0  medical  1  non-medical

    Date for expert report(s):  September 10, 2018

7. Number of expert witnesses of defendant(s):  ___ medical  1  non-medical

    Date for expert report(s):  _____

8. Date for completion of expert discovery:  November 10, 2018

9. Time for amendment of the pleadings by plaintiff(s)  June 15, 2018
   or by defendant(s)  _____

10. Number of proposed additional parties to be joined by plaintiff(s) ___ and by defendant(s) ___ and time for completion of joinder:  June 15, 2018

11. Types of contemplated dispositive motions:  plaintiff(s):  Summary Judgment at end of fact discovery
                                                 defendant(s):  Summary Judgment

12. Dates for filing contemplated dispositive motions:  plaintiff(s):  January 10, 2019
                                                        defendant(s):  _____

13. Have counsel reached any agreements regarding electronic discovery?  If so, please describe at the initial conference.  Yes

14. Have counsel reached any agreements regarding disclosure of experts' work papers (including drafts) and communications with experts?  If so, please describe at the initial conference.

15. Will the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (Answer no if any party declines to consent without indicating which party has declined.) *
    Yes ____   No  X

---

\* **The fillable consent form may be found at**
http://www.nyed.uscourts.gov/General_Information/Court_Forms/court_forms.html  **and may be filed electronically upon completion prior to the initial conference, or, brought to the initial conference and presented to the Court for processing.**