US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 4/12/18

TIME SPENT: _____

DOCKET NO. 18 CV 913

CASE: Glick v Client Servs.

| | |
|---|---|
| ✓ INITIAL CONFERENCE | ___ OTHER/STATUS CONFERENCE |
| ___ DISCOVERY CONFERENCE | ___ FINAL/PRETRIAL CONFERENCE |
| ___ SETTLEMENT CONFERENCE | ___ TELEPHONE CONFERENCE |
| ___ MOTION HEARING | ___ ORAL ARGUMENT |

**MANDATORY DISCLOSURE:**

___ COMPLETED          4/17 DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

RULINGS: Parties to exchange discovery requests by 5/11. Responses due June 11. Conference 6/18 at 1000