UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
HENOCH GLICK, *individually and on behalf of all others similarly situated*,

                    Plaintiff,

      - against -

CLIENT SERVICES, INC.,

                    Defendant.
----------------------------------------------------------------X

**JUDGMENT**

18-CV-913 (RRM) (CLP)

      An Order of the undersigned having been filed this day dismissing this action and directing the Clerk of Court to enter judgment and close this case, it is hereby:

      ORDERED, ADJUDGED, AND DECREED that plaintiff take nothing of defendant, that all claims brought by plaintiff as against defendant are dismissed, and that this case is hereby closed.

                            SO ORDERED.

Dated: Brooklyn, New York
       September 29, 2020

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
Chief United States District Judge